**Order entered March 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00963-CV

### IN THE MATTER OF D.J., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00931-X**

### ORDER

We abated this appeal March 9, 2022 to allow the trial court an opportunity to conduct a hearing to determine whether the court recorder or the former official court reporter had the audio-recording of the underlying proceedings. By motion filed March 10, appellant informs the Court that the court recorder is in possession of the audio-recording and the trial court is securing a court reporter to transcribe the recording. Accordingly, we **REINSTATE** the appeal and **VACATE** that portion of our March 9 abatement order requiring a hearing be held and findings of fact be filed. The deadline for filing the reporter's record of the underlying proceedings **REMAINS** March 18, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District

Court; Dallas County District Clerk Felicia Pitre; Ms. Sumler; the court recorder

for the 305th Judicial District Court; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE